Fred E. EVANS, Nancy A. Evans, Randy W. Froebe, Debra J. Froebe, Geneva Grubbs, Norma Lou Hall, Shirley Hendricks, David Houser, Gail Houser, Patrick J. O'Bryan, Trustee of the Patrick J. O'Bryan Revocable Living Trust Under Agreement Dated 9/7/2001, Lester Roark, Donald Lee Roper, II, and B. Lorene Soper, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–1303.

United States Court of Appeals, Federal Circuit.

Dec. 28, 2010.

Mark F. ("Thor") Hearne II, Meghan S. Largent, Lindsay S.C. Brinton, Arent Fox LLP, Clayton, MO, for Plaintiffs–Appellants.

Kathryn E. Kovacs, Department of Justice, Washington, DC, for Defendant–Appellee.

### ON MOTION

### ORDER

The appellants submit a response to the court's June 9, 2010 order and move to continue the stay of proceedings until the United States files a petition for a writ of certiorari in the United States Supreme Court in *Bright v. United States,* No. 2009–5048, and the Supreme Court issues a final decision or until the time expires for the United States to file a petition for a writ of certiorari.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to continue the stay of proceedings is granted. The parties are directed to file a status report every 60 days, from the date of filing of this order, concerning, inter alia, whether a certiorari petition has been filed and the status of any petition.